

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00046-CR

**BRIAN CHRISTOPHER DAWSON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 21st District Court
Burleson County, Texas
Trial Court No. 15349**

## REINSTATEMENT ORDER

This appeal was abated so that the trial court could make findings of fact and conclusions of law as requested by appellant. The findings and conclusions have been made and filed with this Court.

Accordingly, this appeal is reinstated. The briefing schedule is reset. Appellant's amended or supplemental brief, if any, is due 30 days from the date of this Order. The State's brief is due 30 days after appellant's amended or supplemental brief is filed. If appellant decides no amended or supplemental brief will be filed, appellant must notify

the Court within 14 days from the date of this Order. The State's brief will then be due 30 days after the date appellant notifies the Court that no amended or supplemental brief will be filed. If no amended or supplemental brief is timely filed and appellant does not notify the Court that no amended or supplemental brief will be filed, the State's brief is due 60 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed August 29, 2018

